**UNITED STATES DISTRICT COURT**
**DISTRICT OF FLORIDA**

Case No. 22cv20621-JEM

MARTHA AYME,

    **Plaintiff,**

v.

KENDALL CREDIT AND BUSINESS
SERVICE INC,

    **Defendant.**
_____/

**SUMMONS IN CIVIL ACTION**

To:

    Kendall Credit and Business Service Inc
    C/O: Corporation Service Company
    1201 Hays Street
    Tallahassee Florida 32301

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas J. Patti, Esq.
Law Offices of Jibrael S. Hindi, PLLC
110 S.E. 6th Street, 17th Floor, Fort Lauderdale, Florida 33301
Phone: 561-542-8550 / E-mail: Tom@jibraellaw.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 1, 2022

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Ahlai Israel
Deputy Clerk
U.S. District Courts